**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Cary Dental Associates, PLLC

Plaintiff,

v.

Case No.:
3:23−cv−50084

Honorable Philip G.
Reinhard

Academy of Dental and Medical Anesthesia
(ADMA), LLC

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 14, 2024:

MINUTE entry before the Honorable Philip G. Reinhard: Pursuant to the stipulation of the parties [40] this action is dismissed with prejudice as to the plaintiff's individual claims and without prejudice as to the class claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear its own costs. Case closed. Mailed notice. (rsj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.